# Exhibit

2



# Invoice

Bill To:

Name: CERTAIN Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-250-8653

Date: 12-15-15

Name: Melissa Kennedy

DUE UPON RECEIPT

| Day of the Week | Date | Time In - Time Out | Client | Total Hours | Rate/hr | Total |
|---|---|---|---|---|---|---|
| Thursday | 12-3 | 12pm - 8am | Seltzer | 20 | | $260 |
| Friday | 12-4 | 11am - 8am | Seltzer | 21 | | $273 |
| Monday | 12-7 | 11am - 8am / 6am - 8am | Seltzer | 21 / 2 | | $273 / $26 |
| Thursday | 12-10 | 11am - 8am | Seltzer | 21 | | $273 |
| Saturday | 12-12 | 9am - 8am | Seltzer | 23 | | $299 |
| Monday | 12-14 | 11am - 8am / 6am - 8am | Seltzer | 21 / 2 | | $273 / $26 |

Total 131 x 13 = $1703

Signature x Melissa Kenney

Thank You for Your Business



1524

# Invoice

Bill To:

Name: Certain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-250-8653

Date: 9/30/16

Name: Melissa Kennedy

DUE UPON RECEIPT

| Day of the Week | Date | Time In - Time Out | Client | Total Hours | Rate/hr | Total |
|---|---|---|---|---|---|---|
| Saturday | 9-17 | 9AM - 8AM | Seltzer | 23 | $14 | $322 |
| Thursday | 9-22 | 11AM - 8AM | Seltzer | 21 | 14 | $294 |
| Saturday | 9-24 | 9AM - 8AM | Seltzer | 23 | 14 | $322 |
| Tuesday | 9-27 | 11AM - 8AM | Seltzer | 21 | 14 | $294 |
| Friday | 9-30 | 11AM - 8AM | Seltzer | 21 | 14 | $294 |

Total   109 x 14 = $1526

Signature X Melissa Kennedy

Thank You for Your Business

# Invoice

Certain Care LLC
2193 South Green Road
Cleveland, OH 44121

Fax # 216-382-5118
E Mail Brian@flfinancial.com

Week — Beginning Sunday: 6-18-17 / Ending Saturday: 6-24-17
Name: Melissa Kennedy

| Date | Day | Time In | Time Out | Client | Total Hours | Sleep | Net | Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 6-18 | Sunday | 10AM | 12PM | P Seltzer | 26 | 3 | 23 | 16 | 416 |
| 6-19 | Monday | 5:30p | 8pm | Phyliss Seltzer | 2.5 | 0 | 2.5 | 16 | 40 |
| 6-20 | Tuesday | 10AM | 10AM | Phyliss Seltzer | 24 | 3 | 21 | 16 | 384 |
| 6-23 | Friday | 10AM | 10AM | Phyliss Seltzer | 24 | 3 | 21 | 16 | 384 |

Total 76.5 x 16 = $1224

Signature: Melissa Kennedy