# EXHIBIT

# 4

# Invoice

Bill To:

Name: Certain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-~~250-8663~~

Date: 1-1 → 1-15-15

Name: Toni Mitchell

DUE UPON RECEIPT

| Day of the Week | Date | Time In – Time Out | Client | Total Hours | Rate/hr. | Total |
|---|---|---|---|---|---|---|
| Thur | 1-1 | 7³⁰ – 7³⁰ | Fenton | 24 | 13 | $312 |
| Mon | 1-5 | 7³⁰ – 7³⁰ | | 24 | 13 | $312 |
| Tues | 1-6 | 7³⁰ – 7³⁰ | | 24 | 13 | $312 |
| Wed | 1-7 | 7³⁰ – 7³⁰ | | 24 | 13 | $312 |
| Thur | 1-8 | 7³⁰ – 7³⁰ | | 12 | 13 | $156 |
| Fri | 1-9 | 8³⁰ – 10 | | 13.5 | 13 | $175.50 |
| Mon | 1-12 | 8 – 10 | | 14 | 13 | $182 |
| Tues | 1-13 | 8¹⁵ – 10¹⁵ | | 14 | 13 | $182 |
| Wed | 1-14 | 8 – 9³⁰ | | 13.5 | 13 | $175.50 |
| Thurs | 1-15 | 8 – 10 | | 14 | 13 | $182 |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | 177 | 13 | $2301 |

Signature: X _Toni Mitchell_

Thank You for Your Business

# Invoice

**Bill To:**

Name: Certain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-~~2~~

Date: 4-15 → 4-30-15

Name: Toni Mitchell

*DUE UPON RECEIPT*

| Day of the Week | Date | Time In – Time Out | Client | Total Hours | Rate/hr. | Total |
|---|---|---|---|---|---|---|
| 4-17 | | Nashville | | | | $ |
| 4-18 | | | | | | $ |
| 4-25 | | 7³⁰ – 8³⁰ | Babin | 13 | 13 | $169 |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | – | | | | $ |
| | | | | 13 | 13 | $169 |

Signature: X _Quintanica Mitchell_

Thank You for Your Business

CERTAIN CARE LLC

Antonia Mitchell                                                          5/1/2015                    **6051**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/1/2015 | Bill | | 169.00 | 169.00 | | 169.00 |
| 5/1/2015 | Bill | | 1,755.00 | 1,755.00 | | 1,755.00 |
| | | | | | Check Amount | 1,924.00 |

Certain Care LLC                                                                                 1,924.00



# *Invoice*

**Bill To:**

Name: Certain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-250-8653

Date: 11-16 → 11-30-15

Name: Torii Mitchell

*DUE UPON RECEIPT*

| Day of the Week | Date | Time In - Time Out | Client | Total Hours | Rate/hr. | Total |
|---|---|---|---|---|---|---|
| Mon | 11-16 | 10 - 4 | Silver | 6 | 15 | $ 90 |
| Tues | 11-17 | 10 - 4 | | 6 | | $ 90 |
| Wed | 11-18 | 10 - 5 | | 7 | | $ 105 |
| Thur | 11-19 | 10 - 4 | | 6 | | $ 90 |
| Fri | 11-20 | 10³⁰ - 4 | | 5.5 | | $ 82.50 |
| Mon | 11-23 | 5p - 5p | | 24 | | $ 360 |
| Tues | 11-24 | 5p - 5p | | 24 | | $ 360 |
| Wed | 11-25 | 5p - 5p | | 24 | | $ 360 |
| Thurs | 11-26 | 5p - 5p | | 24 | | $ 360 |
| Fri | 11-27 | 5p - 7p | | 2 | | $ 30 |
| Mon | 11-30 | 10 - 7 | | 9 | | $ 135 |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | 137.5 | 15 | $2062.50 |

Signature: X _Antonea Mitchell_

13.66
20.49

57.5

*Thank You for Your Business*

CERTAIN CARE LLC
    Antonia Mitchell

7676

12/1/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/1/2015 | Bill | | 507.00 | 507.00 | | 507.00 |
| 12/1/2015 | Bill | | 2,062.50 | 2,062.50 | | 2,062.50 |
| | | | | | Check Amount | 2,569.50 |

Certain Care LLC

2,569.50