# EXHIBIT

# 6

# Invoice

**Certain Care LLC**
2193 South Green Road
Cleveland, OH 44121

Fax # 216-382-5118
E Mail  Brian@flfinancial.com

Beginning   Ending
Sunday      Saturday
Week        5-14 | 5-20
Name        Renee Camarillo

| Date | Day | Time In | Time Out | Client | Total Hours | Sleep | Net | Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 5-14 | Sun | 10A | 10A | G. Selters | 24 | 5 | 19 | 16 | 384 |
| 5-16 | Tues | 10A | 10A | G. Selters | 24 | 5 | 19 | 16 | 384 |
| 5-18 | Thurs | 2P | 10A | G. Selters | 20 | 5 | 15 | 16 | 320 |
| | | | | Total | 68 | 15 | 53 | 16 | $1088 |
| | | | | Total for week 5-7/5-12 | | | | | $48 |
| | | | | Total Pay 5-7/5-20 | | | | | $1936 |

Signature  Renee Camarillo

# Invoice

Certain Care LLC
2193 South Green Road
Cleveland, OH 44121

Fax # 216-382-5118
E Mail Brian@flfinancial.com

Beginning Sunday: 5-21
Ending Saturday: 5-27
Week Name: Renee Camarillo

| Date | Day | Time In | Time Out | Client | Total Hours | Sleep | Net | Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 5-23 | Tue | 9:30a | 10a | Seltzer,G | 24.5 | 5 | 19.5 | 16 | 392 |
| 5-25 | Thur | 10a | 10p | Seltzer,G | 24 | 5 | 19 | 16 | 400 |
| 5-26 | Fri | 10p | 11a | Seltzer,G | 13 | 5.5 | 8 | 16 | 208 |
|  |  | Total |  |  | 61.5 | 15.5 | 46 |  | 1,00 |

Signature: Renee Camarillo

# Invoice

**Certain Care LLC**
2193 South Green Road
Cleveland, OH 44121

Fax # 216-382-5118
E Mail Brian@fifinancial.com

Week Beginning Sunday: 9-24  Ending Saturday: 9-30
Name: Renee Camarillo

| Date | Day | Time In | Time Out | Client | Total Hours | Sleep | Net | Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 9-24 | Sun | 10A | 10P | Seltzer, R | 24 | 9 | 15 | | |
| 9-27 | Wed | 4P | 10A | Seltzer DC | 18 | 8 | 10 | | |
| 9-29 | Fri | 10P | 10A | Seltzer | 24 | 9 | 15 | | |
| | | | | | 66 | 26 | 40 | 16 | 1,056 |

Signature: Renee Camarillo