# EXHIBIT

# 8



# Invoice

Bill To:

Name: Certain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-250-8653

Date: 1-31-17

Name: Belinda Pierce

*DUE UPON RECEIPT*

| Day of the Week | Date | Time In - Time Out | Client | Total Hours | Rate/hr | Total |
|---|---|---|---|---|---|---|
| | | - | | | | $ |
| Monday | 1-16-17 | 10A - 10A | Seltzer | 24 | 16 | $384 |
| | | - | | | | $ |
| Thursday | 1-19-17 | 8:30am - 12 noon | Seltzer | 27½ | 16 | $440 |
| | | - | | | | $ |
| Monday | 1-23-17 | 8:00am - 10am | Seltzer | 26 | 16 | $416 |
| | | - | | | | $ |
| Thursday | 1-26-17 | 8:30am - 10am | Seltzer | 25½ | 16 | $408 |
| | | - | | | | $ |
| Saturday | 1-28-17 | 10A - 10A | Seltzer | 24 | 16 | $384 |
| | | - | | | | $ |
| Monday | 1-30-17 | 9A - 10A | Seltzer | 25 | 16 | $400 |
| | | - | | | | $ |
| Tuesday | 1-31-17 | 10A - 11A | Seltzer | 1 | 16 | $16 |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |
| | | - | | | | $ |

(153)   ($2,448)

Signature: X *Belinda Pierce*

Thank You for Your Business

# Invoice

Certain Care LLC
2193 South Green Road
Cleveland, OH 44121

Fax #     216-382-5118
E Mail    Brian@flfinancial.com

Week   Beginning Sunday: 3-19    Ending Saturday: 3-25-17
Name:  Belinda Pierce

| Date | Day | Time In | Time Out | Client | Total Hours | Sleep | Net | Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 3-21-17 | Tuesday | 10a | 10a | Seltzer | 24 | 6 | 18 | 16 | 384 |
| 3-23-17 | Thursday | 9a | 10a | Seltzer | 25 | 4 | 21 | 16 | 400 |
| 3-25-17 | Saturday | 10a | 12a | Seltzer | 14 | 2 | 12 | 16 | ~~000~~ 224 |

63 hrs

Signature: Belinda Pierce

$1,008.00

$1,008.00

# Invoice

Certain Care LLC
2193 South Green Road
Cleveland, OH 44121

Fax # 216-382-5118
E Mail Brian@flfinancial.com

Week Beginning Sunday: 9-17-17  Ending Saturday: 9-23-17
Name: Belinda Pierce

| Date | Day | Time In | Time Out | Client | Total Hours | Sleep | Net | Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 9-17-17 | Sunday | 12a | 10a | Seltzer | 10 | 5 | 5 | 16 | 160 |
| 9-18-17 | Monday | 10a | 10a | Seltzer | 24 | 5 | 19 | 16 | 384 |
| 9-22-17 | Friday | 10a | 10a | Seltzer | 24 | 5 | 19 | 16 | 384 |
| 9-23-17 | Saturday | 10a | 10a | Seltzer | 24 | 5 | 19 | 16 | 384 |

82 hours         $1,312

Signature: Belinda Pierce