# EXHIBIT

# 10

# Invoice

**Bill To:**
Name: Certain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
Tel/Fax: 440-250-8653

Date: 5-31-16
Name: Pebbles Jordan

DUE UPON RECEIPT

Blumer

| Day | Date | In | Out | | Total Hours | Reg Hrs | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 24.5 | 17 | $343 |
| WED | 5-18 | 10 | 10:30 | | 25 | | $350 |
| SAT | 5-21 | 9 | 10 | | 25 | | $350 |
| MON | 5-23 | 10 | 11 | | 25 | | $336 |
| FRI | 5-27 | 10 | 10 | | 24 | | $336 |
| TUES | 5-31 | 10 | 10 | | 24 | | |
| | | | | | 122.5 | | $1715 |
| | | | | | OVERPAID | | -$240 |
| | | | | | NEW Total | | $1475 |

Signature: X Pebbles Jordan

Thank You for Your Business

# Invoice

Name: Curtain Care LLC
Address: 24700 Center Ridge Rd. #250
City/State/Zip Code: Westlake, OH 44145
T/Fax: 440-250-8653

Date: 7-1-16
Name: Pebbles Jobn

RECEIPT  Segal

| Date | Start Time | End Time | Check | Total Hours | Rate/Hr | Total |
|---|---|---|---|---|---|---|
| 6-17 | 10 | 10 | | 24 | | $360 |
| 6-20 | 10 | 10 | | 24 | | $360 |
| 6-22 | 10 | 10 | | 24 | | $360 |
| 6-23 | 8:30pm | 10 Am | | 13.5 | | $202.5 |
| 6-24 | 10 Am | 9pm | | 11 | | $165 |
| 6-26 | 10 A | 10pm | | 12 | | $180 |
| 6-28 | 10 | 10 | | 24 | | $360 |
| 6-30 | 10 | 10 | | 24 | | $360 |
| | | | | 156.5 | | $2347.5 |

Signature X _Pebbles Jobn_

Thank You for Your Business